## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

**RECEIVED**

**FEB 0 9 2021**

**RICHARD W. NAGEL, CLERK OF COURT**
**COLUMBUS, OHIO**

Derrick Steven BuelL

(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:     PRISONER # 60779

vs.

Fayette County Jail

(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

2:21 cv 577

[Judge Graham]

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Matthew Weidman

MAGISTRATE JUDGE VASCURA

### COMPLAINT

I.      PARTIES TO THE ACTION:

PLAINTIFF:      PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE
ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY
CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE
NUMBER IS REQUIRED.

Derrick Steven BuelL

NAME - FULL NAME PLEASE - PRINT

646 JosepHiNe Ave

ADDRESS: STREET, CITY, STATE AND ZIP CODE

Columbus, Ohio 43204

614-400-7840

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER
SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES,
ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE
WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED
AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A.   HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO

B.   IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1.   PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

_____

_____

_____

DEFENDANTS:

_____

_____

_____

2.   COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

_____

3.   DOCKET NUMBER

_____

4.   NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

_____

5.   DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

_____

6.   APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

_____

7.   APPROXIMATE DATE OF THE DISPOSITION

_____

PLACE OF PRESENT CONFINEMENT

A.   IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
     YES (X) NO ( )

B.   DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
     PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C.   IF YOUR ANSWER IS YES:

     1.   WHAT STEPS DID YOU TAKE?

          Put in Grievance and numerous
          others did also and got no
          response!

     2.   WHAT WAS THE RESULT?

          Ignored

D.   IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E.   IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
     YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F.   IF YOUR ANSWER IS YES:

     1.   WHAT STEPS DID YOU TAKE?

     2.   WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON
THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT
APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Matthew Weidman
NAMES - FULL NAME PLEASE

   113 E Market St. Washington C.H., Ohio 43160
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2.

3.

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On November 12 I was arrested by Fayette county. Housed at Highland county jail due to Covid 19 outbreak at the Fayette county jail. On December 1 me and two other inmates went from Highland county to Fayette county jail (Preston Helsel, Michael White). We were given covid test and placed in quarentine. We were told we would be on quarentine until we recieved our test results. Well we recieved our results and were retested on the 10th of december. At which time there were 4-5 of us all of whom tested negative for COVID19 all remained in quarentine. After the 10th they put about 6-7 more inmates into intake quarentine. They were all tested on the 12th or 13th. At which time DylanFowler tested positive. The workers called him out the cell told him he was positive and to not tell any of us in there. At which time they placed him back in the cell with inmates that they were 100% sure tested negative for the Covid19. We were then placed on approx. 21 days until Jan 3, 2021. I never tested positive cause they never tested us again.

They said the Covid needed to takes its course. I'm 100% sure I caught it during the quarintine. My body was extremely sore, had a migrane, couldn't taste, and on and off hot flashes for 3-4 days. I was sick for a whole week during this time.

The nurse also sent Deputy T.I Smith to do COVID 19 test on another inmate with no medical backround instead of herself, Darci Moore.

The jail administration need to take this COVID 19 illness more serious people are dying daily and my life is priceless.

The workers are also serving food daily uncovered with no masks or gloves.

I was forced into having COVID 19 corona-virus along with several other inmates. The inmates here have no masks or hand sanitizer.

There has been several greviences filed between dec 1, 2020 - jan 5, 2021 - The jail administrative doesn't respond. (Matt Wiedmen).

Witnesses 1-9-21
Sean McKittrick 1/7/21
Christopher Haithcock
Anthony Nelson 1-9-21
Brad Cline 1-9-21 #45420
Austin Lew Leisure 1-9-21 #39936
Michael White 1-9-21
John W. Moore

Was also told after being exposed to COVID19 that I couldn't recieve another test because I would test positive due to the anti-bodies in my body. That is why I was never tested again.

COVID effects everyone differently; there have been well over a quarter million deaths due to this pandemic and also cause a global pandemic, state lockdowns curfews, thousands of businesses schools, and many lost jobs. Numerous deputies are doing walk throughs, passing food, and meds without masks or gloves which is 100% against FEMA and CDC Guidelines.

January 25, 2021 - They still continue to book people in with out testing them for COVID-19 or properly quarentining them for 14 days.

12/2/2020 16:26    Fayette County Memorial Hospi    COPIA→Moore, Darci, NP (9,1740333352    1/3

**LAB REPORT (with history)**
Printed: 12/02/2020 16:20

FAYETTE
County Memorial Hospital
Care. Attention. Excellence.

| Ordering Provider: Moore, Darci, NP | Patient: BUELL, DERRICK S. |
|---|---|
| Order Date: 12/01/2020 15:28 | DOB: 11/28/1981  39y M |
| Location: FCMH-Lab | Patient ID: 20-317-0000006    Practice MRN: 366356 |
| Order ID: 01217-ab-20336 | Phone: (999)999-9999 |
| Fasting: Yes | Encounter: 5085789 |

| COVID-19 (2 SARS-COV-2)(REF) | Harvest[1], SID: 203360691 |
|---|---|
| Final - Approved 12/02/2020 16:20 | Collected: 12/01/2020 15:28 |

| Comments: | 12/02/2020 16:20 | This test was performed using real time PCR and has been approved for the qualitative detection of SARS-CoV-2 nucleic acid. The test has been authorized by the FDA under an emergency use authorization for use by authorized laboratories. |
|---|---|---|

| TEST | RESULT | REF RANGE | UNITS |
|---|---|---|---|
| SARS-COV-2, RT PCR NASOPHARYNGEAL | NOT DETECTED | NOT DETECTED | |

```
Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole
basis for treatment or other patient management decisions. Optimum specimen types and timing
for peak viral levels during infections caused by SARS-CoV-2 has not been determined. The
possibility of a false negative result should especially be considered if the patient's
recent exposures or clinical presentation suggest that SARS-CoV-2 infection is probable, and
diagnostic tests for other causes of illness (e.g., other respiratory illness) are negative.
Collection of a new specimen and re-testing may be necessary if the patient is critically ill
or clinically deteriorating.
```

**Reporting Laboratories:**
(1)  Harvest, , , Lab PID: 20-317-0000006
**Results sent to:**    Moore, Darci, NP
                        Medhost (Host Interface)

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I want the staff here to be held accountable for not following the proper COVID19 guide lines and procedures. Allowing me and numerous other inmates to catch and be exposed to the COVID19 corona virus. The court needs to properly educate the staff here of the F.E.M.A. and C.D.C guide lines properly so that the inmates here are properly taken care of. I also myself want compensated for forcefully being given a life threatening illness. My life is priceless, I have family and children that need me in their lives and would have been devistated had I had a strand of this COVID19 that would have had me on a resperated and passed away.

SIGNED THIS ___5___ DAY OF ___JANUARY___ 20_21_.

_Derrick S Buell_
SIGNATURE OF PLAINTIFF

Inmate @ 12/22/20 2:42 PM

+ Add Response

Status

Complete

Send Notification

Save    ← Back

This is a copy of Christopher Haithcocks grievances just to prove that there are no responses to any grievances. I only put in two grievances never got a response so I didn't continue to waste my time. I've asked several times for a copy of mine but never recieved a copy. This jail is so out of order and not ran properly. They follow no Guidelines at all.

**Fayette County Jail**

Grievance Form 

**2134**
**Grievance Form**
Submitted: 12/31/2020 1:07 AM

**Complete**
Processed: 1/11/2021 3:55 AM

## CHRISTOPHER DAVID HAITHCOCK
Location: 338 / Commons
Identifier: 30795
Birthdate: 4/1/1982

### Fields

Date of the incident:
**12/29/2020**

Were staff involved?
**Yes**

Were there witnesses?
**Yes**

In your own words describe what happened
I dont understand whats going on here at the fayette county jail . day after day ppl are getting booked in and not being quarantined for 14days and ppl also not being tested for covid and the ppl they brought in all have sighns of the virus. i got a copy of the new proper procedures for the cdc guideles and there not being followed . i feel that your putting my life and others at risk so what you attend to do about this situation mr wiedman because this administration still isnt being ran properly you know it and others know it even the jail staff know it, thats why we got a nurse here that quit. my next step is calling channel ten or six because this jail surely not being ran correctly also the facility not following none of cdc,fema,csc guidelines.

### Responses

forwarded to Lieutenant Weidman
*Adam Greenlee @ 1/1/2021 12:16 AM*

Just a
*Inmate @ 1/6/2021 7:32 PM*

Just goes to show that nobody takes this pandemic here at the jail seriously i have documented things that have ben going on here at the jail.even have written multiple grievances. my 8th ammendment right has ben violated and nobody has done nothing or even concerned about wats going on you dont have a clue. theres alot of things going on with staff that inmates and staff members are doing and its getting swept under the rug. so im taking this next step to a higher power since staff and members of the sheriff dept are incompitant to the matters that be
*Inmate @ 1/7/2021 11:52 PM*

Forwarded to Lieutenant Weidman
*Adam Greenlee @ 1/8/2021 1:10 AM*

I dont understand why i dont get any responses on this matter this is serious theres a pandamic going on in the world and lifes are at risk daily and the jail adminster does not apply cdc,csc,and fema guidlines to the jail no self distancing no proper cleaning supplies to detain this virus.also were all breathing in air from the same ventilation system from down stairs to up stairs. when myself and others was positive from this virus i was very ill and sick for not days but weeks and others were as well.this is a serious matter, because the county and the state was awarded millions of dollars to contain this virus and u and staff come and spray stuff down one time so where is all this money going obviously it goes to show things are being done around here very unproffesional. so i ask again when is the county jail and the health dept going to come in and follow the guidlines and to perform proper protacals. this is nothing that needs to be swept under a rug.
*Inmate @ 1/8/2021 2:09 PM*

FORWARDEDT TO LT WEIDMAN
*Tonya Browning @ 1/10/2021 6:22 PM*



Fayette County Jail                                    Grievance Form 

## 2075
### Grievance Form
Submitted: 12/21/2020 4:16 PM

**Complete**
Processed: 12/22/2020 8:38 PM

### CHRISTOPHER DAVID HAITHCOCK
Location: 338 / Commons
Identifier: 30795
Birthdate: 4/1/1982

| Fields |
|---|

Date of the incident:
**12/21/2020**

Were staff involved?
**Yes**

Were there witnesses?
**Yes**

In your own words describe what happened
i have written multiple grievances to get a 1983civil rights packet for the southern district of ohio and they bring me back something from another state 'its not right that my consitutitional rights keep getting violated day after day and us as inmates keep getting the run around. why cant we have the proper documents that we asked for.

| Responses |
|---|

Wats goin on round here
*Inmate @ 12/22/2020 2:42 PM*

FORWARDED TO LT WEIDMAN
*Tonya Browning @ 12/22/2020 8:38 PM*

1/18/2021 3:02 AM                                   Page **1** of 1                                   



Tonya Browning @ 1/10/21 8:22 PM

I dont understand why i dont get any responses on this matter this is serious theres a pandamic going on in the world and lifes are at risk daily and the jail adminster does not apply cdc,csc,and fema guidlines to the jail no self distancing no proper cleaning supplies to detain this virus.also were all breathing in air from the same ventilation system from down stairs to up stairs. when myself and others was positive from this virus i was very ill and sick for not days but weeks and others were as well.this is a serious matter, because the county and the state was awarded millions of dollars to contain this virus and u and staff come and spray stuff down one time so where is all this money going obviously it goes to show things are being done around here very unproffesional. so i ask again when is the county jail and the health dept going to come in and follow the guidlines and to perform proper protacals. this is nothing that needs to be swept under a rug.
Inmate @ 1/9/21 2:09 PM

Forwarded to Lieutenant Weidman                                        Edit
Adam Greenlee @ 1/8/21 1:10 AM

Just goes to show that nobody takes this pandemic here at the jail seriously i have documented things that have ben going on here at the jail.even have written multiple grievances. my 8th ammendment right has ben violated and nobody has done nothing or even concerned about wats going on you dont have a clue. theres alot of things going on with staff that inmates and staff members are doing and its getting swept under the rug. so im taking this next step to a higher power since staff and members of the sheriff dept are incompitant to the matters that be
Inmate @ 1/7/21 11:52 PM

Just a
Inmate @ 1/6/21 7:32 PM

forwarded to Lieutenant Weidman                                        Edit
Adam Greenlee @ 1/1/21 12:16 AM

+ Add Response

Status

Complete

Send Notification                                          Save      ← Back

2/2



**Enquire** Submitted Form

2050
**Grievance Form**
12/17/20 6:34 PM 338
Waiting on Response



## CHRISTOPHER HAITHCOCK



Submitted Snapshot

| | |
|---|---|
| Identifier | Agency |
| 30795 | Unassigned |
| Pin | Classification |
| 30795 | Unclassified |
| In Date | Birthdate |
| 10/5/2020 | 4/1/1982 |
| Location | |
| 338 / Commons | |

Date of the incident:
12/17/2020

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
Chief bivens where having some conflicts here in the jail that needs to be addressed,for one the mail not being sent out for legal action It weidman holding and tmpering with the mail is a federal offense also we needed copys of our 1983 civil rights packs and they told us that we cant have any copys made dont we have a right to have legal documentation printed off we have a law library on our cidnet machine but how are we supposed to work on our cases if we cant have copys dont we have any rights at all. since i filed legal civil rights actions we have been treated poorly .our 14th and 8th ammemdment civil rights are being violated daily ,also fema,csc,cdc guidelines are not being followed this includes civil rights action ,i feel my life and other lifes were put at jeopardy and in danger. i should also to mention us as inmates are impropery able to contact our attorneys due to co's not doing there jobs properly also like to mention meds being passed out without gloves as well as food



**Enquire** Submitted Form

2075
**Grievance Form**
12/21/20 4:16 PM 338

Complete

## CHRISTOPHER HAITHCOCK



Submitted Snapshot



| | |
|---|---|
| Identifier | Agency |
| **30795** | **Unassigned** |
| Pin | Classification |
| **30795** | **Unclassified** |
| In Date | Birthdate |
| **10/5/2020** | **4/1/1982** |
| Location | |
| **338 / Commons** | |

Date of the incident:
12/21/2020

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
i have written multiple grievances to get a 1983civil rights packet for the southern district of ohio and they bring me back something from another state 'its not right that my consitututional rights keep getting violated day after day and us as inmates keep getting the run around. why cant we have the proper documents that we asked for.

Responses    Activity    Views

**FORWARDED TO LT WEIDMAN**
Tonya Browning @ 12/22/20 8:38 PM



I HAVE ALL YOUR CIVIL RIGHTS PACKETS PRINTED OUT PER LT WEIDMAN AND YOU WILL RECEIVE THEM TODAY
Tonya Browning @ 12/24/20 11:48 AM

Edit

Thank you miss browning i apprceiate you, i can say you
Inmate @ 12/24/20 5:36 AM

I HAVE ANSERED YOUR REQUEST/GRIEVANCE AS FAR AS I CAN HANDLE THEM. YOUR REQUEST/GRIEVANCES HAVE BEEN FORWARDED TO ADMINISTRATION.
Tonya Browning @ 12/23/20 9:02 PM

Edit

Look no responses this outlandish and ridiculous somebody needs to lose thier job obviously grievances have been written and clearly have not got any responses on wats been goin on here at the jail rights have clearly been violated once again.
Inmate @ 12/23/20 7:21 PM

CHIEF BIVENS IS OUT OF THE OFFICE FOR A WEEK
Tonya Browning @ 12/22/20 8:35 PM

Edit

Clearly no responses
Inmate @ 12/22/20 2:41 PM

Still havent got any response on none of what was written goes to show that our grievances are completely ignored and ppl are not doing there jobs properly. lack of alot of communication hear at the jail.
Inmate @ 12/20/20 5:27 PM

I dont know why i havent got any response back my grievance should have been forwarded to mr bivens whats the hold up,also hour failing at your job description and it will be known
Inmate @ 12/19/20 8:34 PM

This message should have went to mr bivens not lt weidman this is over his head now our 8th and 14th ammendments rights are being violated bye lt weidman on a daily basis if this doesnt forward to mr bivens my next step is channel10 and 6
Inmate @ 12/18/20 5:13 PM

Mr Haithcock; I am looking into this matter further our office been following the advise from the Prosecutor office. i am checking with the advise of another lawyer for his opinion and will have an answer for you the first of the week. LT Weidman
Matt Weidman @ 12/18/20 4:16 PM

Edit

+ Add Response

Status

Waiting on Response

Send Notification

Save   ← Back

Jail 12/30/20

J. Nurse

It's my understanding that COVID-19 is medical that's why I sent my request to the medical Staff. My request of the Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities, an a updated Copy of the C.D.C guidelines. I was denied by administration an the J. Nurse. I took matters into my own hands an had these requests sent to me, an found a number of things in violation by this Jail an it's administration an J. Nurse. The Fayette County Health Department says they're working with the jail by testing inmates an properly quarantining inmates for the 14 day process. Which is a false statement! They're still inmates in this jail that's been in this Jail for days an still haven't been tested, Or properly quarantined. These inmates were put in population with other inmates that have tested positive for Covid-19. If these Simple steps aren't taken serious by Staff administration, an the J. Nurse how's this outbreak ever going to get under control. Myself an a few other inmates in our cell have been here for 90 Plus days an can possibly be at risk Once again Cause these guidelines aren't being met. This outbreak isn't being taken serious by administration an he is still putting lives at risk by not following C.D.C, F.E.M.A and F.C.H.D guidelines.

Mr. NELSON   12/30/20

Christopher Heathcock

John Mowe A-28-20   12/30/20

J. Nurse ① Jail

On or around 1:30 - 2:00 P.M. 12/31/20 CO. Smith came to give a inmate a COVID-19 test, which has "NO" medical background or training to do so. Smith also admitted he had no medical background to proform anything like giving inmates tests for "Any" medical or Anything else for that matter. Smith also said he had no medical background to be preforming anything like this an that he was Just doing what he was told by the Jail Nurse which works for Fayette County Health Department, An the jails administration. Having untrained Staff preforming these kind of acts are very unprofessional by the Jail Nurse and the Jails administration.

Mr. Nelson 12/31/20
Christopher Shuttleworth, 12/31/20
John W. Moore 12-31-20
Sean McKittrick 12/31/20

I'm Anthony lew Nelson and I'm a witness to all these claims I have a lawsuit as well because of these violations. this Jail an administration has violated our Civil Rights by CRUEL + unusual Punishment which is our Eighth admendment an has clearly been violated forcing Covid-19 on me by not taken the proper steps to try to cut down spreading. They're still not testing people like they should an staff an administration is clearly not taking this virus serious at all. The staff has not been trained properly by administration or Health Department.

Anthony Nelson 12/28/20
Christopher Heathcock 12-28-20

On 12/29/20 LT Wiedman pulled me out of the cell to ask me about my request of a copy of a Interm guidance on management of Coronavirus Disease 2019 (Covid-19) in Correctional and Detention Facilites and a copy of an updated copy of CDC guidelines an was told that we wasn't aloud to have these copies or he didn't have to give us copies. We as inmates were Just trying to educate ourselves in this Jail cause the staff an administration is still not following guidelines by not Quarantining inmates properly or testing. If they're not doing there simple steps how're they following guidelines. Putting inmates in cells with other inmates that haven't been tested or not properly Quarantined isn't following guidelines So hows that stopping the Spread of Covid-19 Staff an administration aren't taking this Covid-19 Serious at all people are losing there lives cause of this and it isn't a Joke. 12/29/20

Lt Phittes
12/29/20
Anthony Nelson
Christopher Heathcock
12-29-20

List of C.D.C. + FEMA guideline violations that continue every single day at the Fayette Co. jail...

They pass meals everyday with no gloves or masks and carry the food throughout the jail uncovered and the cook also wears no mask.

Dec 15  1:05 p.m  passing meds without gloves
Dec 25  5:37 A.M.  passing meds no mask or gloves
Jan 1-2021  5:46 A.M.  passing meds no mask or gloves
Jan 4  5:43 A.M.  passing meds no gloves
Jan 4  9:21 A.M.  wearing no masks
Jan 5  6:00 A.M  passing meds no mask or gloves.
Jan 5  11:30 A.M.  passing food no gloves or mask.
Jan 6  5:00 A.M.  wearing no mask
Jan 6  5:30 A.M.  wearing no mask
Jan 6  6:05 A.M.  passing food no mask.
Jan 7  2nd Shift  no masks
Jan 7  10:07 P.M.  Taking temps no mask
Jan 7  11:32 A.M.  Passing meds no mask or gloves.
Jan 8  12:37 A.M.  no mask
Jan 8  2:35 A.M.  no mask
Jan 8  12:48 p.m.  no mask
Jan 8  1:01 p.m.  no mask
Jan 8  4:06 p.m.  no mask

This continues on a daily basis. I can't possibly write it down cause it is ongoing daily.

Fayette County Sheriff's Office Jail
113 E. Market Street
Washington Court House, Ohio 43160

Jan 9 12:12 a.m. wearing no mask.
2:37 p.m. no mask on
3:53 p.m. no masks on
4:28 p.m. wearing no mask
6:58 p.m. wearing no mask
8:37 p.m. wearing no mask
10:34 p.m. wearing no mask
11:28 p.m. passing meds no gloves or mask
Jan 11 5:34 a.m. passing meds no gloves or mask
Jan 13 11:15 a.m. I left the cell to go speak with
my attorney while sitting at the deputy podium
I clearly seen a sign that says "Anyone entering
this facility must wear a mask at all times."
At this same time I seen the Sheriff Stanforth,
Lt Weidman, and the cook all of whom where
wearing no masks.

Jan 15 4:43 p.m. Deputy Pierce did rounds and
said since he already had COVID he didn't need
to wear his mask properly cause he couldn't give
nor recieve COVID for 90 days.